AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

**FILED**

3:14 pm Aug 01 2023
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| DEION THOMPSON | ) Case No.   1:23 MJ 4208 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of        July 12, 2023        in the county of        Cuyahoga        in the
   Northern    District of        Ohio        , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 846, 841(a)(1), and (b)(1)(B) and (b)(1)(C) | Distribution of a Controlled Substance, and Possession with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

TFO Shaun Stanton, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date:    08-01-2023

*Judge's signature*

City and state:        Cleveland, Ohio            Jonathan D. Greenberg, U.S. Magistrate Judge
*Printed name and title*