FILED

DEC 06 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| ) | 1:23 CR 00638 |
| v. ) | CASE NO. |
| ) | Title 18, United States Code, |
| MURRAY FOSTER and ) | Sections 2; Title 21, United |
| DEION THOMPSON, ) | States Code, Sections 841(a)(1), |
| ) | (b)(1)(A), (b)(1)(B) and |
| Defendants. ) | (b)(1)(C), and 851 |

**JUDGE BARKER**

GENERAL ALLEGATIONS

1. At all times relevant to this Indictment, unless otherwise specified:

Before Defendant DEION THOMPSON committed the offenses charged in this Indictment, THOMPSON had a final conviction for a serious drug felony, namely, a conviction for Possession with Intent to Distribute Heroin under Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C), in Case No. 1:14CR00239, in the United States District Court for the Northern District of Ohio, on or about December 2, 2014, for which THOMPSON served more than 12 months of imprisonment and for which THOMPSON was released from serving any term of imprisonment related to that offense within 15 years of the commencement of each of the instant offenses charged in this Indictment.

## COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, 21 U.S.C. § 846)

The Grand Jury charges:

2. Beginning at least as early as April 1, 2023, and continuing through on or about July 12, 2023, in the Northern District of Ohio, Eastern Division, Defendants MURRAY FOSTER and DEION THOMPSON did knowingly and intentionally combine, conspire, confederate, and agree together and with each other and with others known and unknown to the Grand Jury, to distribute and possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of acetylfentanyl, a fentanyl analogue and Schedule I Controlled Substance, 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II Controlled Substance, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, 500 or more grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(B) and (b)(1)(C), and 851.

## COUNT 2
(Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

3. On or about July 12, 2023, in the Northern District of Ohio, Eastern Division, Defendants MURRAY FOSTER and DEION THOMPSON did knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of acetylfentanyl, a fentanyl analogue and Schedule I Controlled Substance, in

violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and 851, and Title 18, United States Code, Section 2.

## COUNT 3
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

4. On or about July 12, 2023, in the Northern District of Ohio, Eastern Division, Defendants MURRAY FOSTER and DEION THOMPSON did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and 851, and Title 18, United States Code, Section 2.

## COUNT 4
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

5. On or about July 12, 2023, in the Northern District of Ohio, Eastern Division, Defendants MURRAY FOSTER and DEION THOMPSON did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and 851, and Title 18, United States Code, Section 2.

## COUNT 5
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

6. On or about July 12, 2023, in the Northern District of Ohio, Eastern Division, Defendants MURRAY FOSTER and DEION THOMPSON did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), and 851, and Title 18, United States Code, Section 2.

## FORFEITURE

The Grand Jury further charges:

7. The allegations contained in Counts 1 through 5 of this Indictment are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853; and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c). As a result of these offenses, Defendant MURRAY FOSTER and DEION THOMPSON shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of the drug offenses; any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offenses.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.