1:23 MJ 4191

## AFFIDAVIT

Affiant, Shaun Stanton, having been duly sworn according to law, deposes and states:

Affiant is an employee of the Bedford Police Department, currently sworn and assigned as a Task Force Officer (TFO) with the Federal Bureau of Investigation Cartel, Gang, Narcotics, and Laundering (CGNL) Task Force, within the meaning of Section 878(a) of Title 21, United States Code, that is an officer who is empowered by law to conduct investigations, make arrests, execute search warrants, and seize property in connection with violations of Title 18, United States Code and Title 21, United States Code. Affiant is a Detective with the Bedford Police Department and has been so employed since 2016. Affiant is also assigned to the Southeast Area Law Enforcement (SEALE) Task Force in Cuyahoga County, Ohio and has previously been a police officer at the Athens-Clarke County Police Department, Athens, Georgia.

## TRAINING AND EXPERIENCE

1. Affiant has received specialized training regarding the identification of narcotic controlled substances and the operation of drug trafficking organizations. Affiant has written and executed search warrants which have resulted in the seizure of illegal drugs and evidence of drug violations.  Affiant has supervised the activities of informants who have provided information and assistance in the prosecution of drug offenders.  Based upon the above experience, Affiant is familiar with the modus operandi of persons involved in illicit distribution of controlled substances as well as the terminology used by persons involved in the illicit distribution of controlled substances.  Affiant is aware that persons involved in the illicit distribution of controlled substances often attempt to conceal their identities as well as the locations at which drug transactions occur and where drugs and drug records are stored.  These individuals are also known to have vehicles, properties, utilities, and other items purchased in the names of others in order to conceal the association of drug activities with financial transactions.  Affiant knows that drug traffickers often place assets in the names of spouses and relatives in order to avoid detection and to help shield the assets from seizure and forfeiture by law enforcement authorities. Affiant knows that individuals engaged in organized drug distribution and sales maintain

extensive contact with persons from whom they receive drugs and with whom they distribute these drugs.  Maintaining extensive contact with suppliers, customers and associates requires that drug traffickers have continuous access to telephone and internet communications, including cellular telephones (traditional and pre-paid).  Affiant also knows that drug traffickers are increasingly using cellular phones with the ability to send text messages, pictures, video and other electronic forms of communication.  Through investigation and training, Affiant has become familiar with the types and amounts of profits made by drug traffickers and the methods, language, and terms which are used to disguise the source and nature of the profits from their illegal drug sales.

      2.      Affiant is aware that drug traffickers often maintain on hand large amounts of U.S. currency in order to maintain and finance their ongoing narcotics activities and other businesses as well as for paying bills, acquiring assets, and making other purchases.  Affiant is aware that it is common for drug traffickers to secrete contraband, proceeds of drug sales, and records of drug transactions in secure locations within their residences, the residences of their associates, and residences of family members for ready access and to conceal them from law enforcement authorities.

      3.      Affiant is aware that persons engaged in drug trafficking conceal in their residences and/or other premises they control large amounts of currency, financial instruments, precious metals and gems, jewelry, and other items of value and/or proceeds of drug transactions.  Drug traffickers also use bank safety deposit boxes to store and to safeguard assets derived from drug trafficking activity, to include currency and other valuables.  To help avoid detection, such safety deposit boxes are often obtained in the name of third parties who agree to open and to access the boxes on behalf of the drug trafficker.

      4.      Affiant is aware that persons engaged in drug trafficking conceal in their residences and/or other properties under their control where drug trafficking activity is conducted: drugs, scales, blenders, baggies, cutting agents, large amounts of cash, money

counters, and other items used in preparing, packaging, selling, and transporting narcotics. To protect drugs and/or proceeds from the sale of drugs, drug traffickers commonly maintain firearms and ammunition at their places of residence and/or other locations under their control where drugs or drug monies are stored.

5. Affiant is aware that individuals involved in narcotics trafficking often maintain records linking them to their trafficking activity and their drug trafficking associates. These records may include both physical and electronic notes, records or ledgers of narcotics sales, debts owed, past or future shipments, and other records, including telephone records, which identify customers and/or other co-conspirators. Drug traffickers also commonly maintain at their places of residence and/or other properties they control photographs of associates, controlled substances, firearms, currency and other assets, which serve to memorialize the drug traffickers' activities and perceived accomplishments. Drug traffickers also maintain at their place of residence financial records relating to assets acquired through drug trafficking activity, to include purchase records, bank records and safety deposit box records. Affiant is aware that the courts have recognized that unexplained wealth is probative evidence of crimes motivated by greed, in particular, trafficking in controlled substances.

6. Affiant makes this affidavit in support of warrants authorizing the search of the property described in Section II, below, and a seizure of the items described in Section III, below. This affidavit does not contain each and every piece of information known to Affiant and other investigators, but rather only information sufficient to establish probable cause to support the requested warrants.

**LOCATIONS TO BE SEARCHED (Attachment A)**

7. The locations to be searched, set forth in Attachment A, are the following:

   A. **3326 East 125th Street, Downstairs, Cleveland, Ohio 44120,** which is more particularly described as the downstairs portion of a two story two family residence, having a red brick exterior, a set of steps leading to a covered front

3

porch with the black numbers "3326" on a white column to the right of the steps, and further identified as Cuyahoga County parcel number 130-04-046, located on the west side of East 125th Street between Luke Avenue and Kinsman Road.

B. **3274 East 121st Street, Cleveland, Ohio 44120,** which is more particularly described as a multi-story, single-family home, having white siding, black trim, a covered front porch with no steps, and further identified as Cuyahoga County parcel number 130-03-126, located on the east side of West side of East 125th Street between Luke Avenue and Kinsman Road.

C. **4695 Burleigh Road, Garfield Heights, Ohio 44125,** which is more particularly described as a multi-story, single-family home, having beige siding, black and white trim, a covered front porch with wooden steps, and further identified as Cuyahoga County parcel number 541-08-089, located on the east side of Burleigh Road between Grand Division Avenue.

D. **Black GMC truck bearing Ohio registration PLP6216 and VIN 1GTSKVE36AZ101642,** which is known to be owned and operated by Deion Thompson and from which he sold a CRI crack cocaine.

**ITEMS TO BE SEIZED (Attachment B)**

8. The items to be seized in the above locations are set forth in Attachment B.

**EVIDENCE ESTABLISHING PROBABLE CAUSE**
**1ST CONTROLLED BUY WITH DEION THOMPSON**

9. Affiant states in early April 2023, SEALE Detectives were informed by a confidential reliable informant (CRI 1) about a black male that goes by the name "Sino Grams" selling heroin/fentanyl and crack cocaine in the Cuyahoga County area. The CRI stated that the male uses the phone number 216 776 8025 and operates a black truck and a dark blue/green GMC sedan. The CRI provided detectives with a link to a music video by the male of the same name.

10. Affiant states that this CRI has proven reliable by provided detectives with information and conducting controlled buys in unrelated investigations that has led to the execution of search warrants where narcotics were seized and prosecutions are ongoing.

11. Affiant states that SEALE Detectives were familiar with "Sino Grams" as Deion Thompson, having investigated him in 2014 for trafficking in heroin/fentanyl and crack cocaine. Thompson was charged and convicted federally in that case. Detectives showed a BMV image of Thompson to CRI 1 and CRI 1 positively identified him as the male selling heroin/fentanyl and crack cocaine in the Cuyahoga County area.

12. Affiant states that SEALE Detectives located a possible address for Thompson at **4695 Burleigh Road, Garfield Heights, Ohio 44125**. In Accurint, the address showed possible residents as Andrea Collins and Deion Thompson. Collins was the same female identified as living with Thompson in the prior 2014 SEALE case.

13. Affiant states that Thompson is currently on federal supervision after sustaining drug trafficking convictions in the Northern District of Ohio. In addition, Thompson has also been convicted in Ohio of failure to comply to with the order or signal of police and felony drug possession in 2004, having weapons under disability in 2009, harassment by an inmate in 2009, attempted drug possession in 2011, and attempted felonious assault on a police officer in 2011. Thompson was convicted in 2014 in the United States Northern District of Ohio of possession with intent to distribute heroin (x2) in 2014 and a felon in possession of a firearm.

14. Affiant states that in the week of April 10, 2023, SEALE Detectives met with CRI 1 in an attempt to make a controlled purchase of crack cocaine from Thompson. In the presence of SEALE detectives, CRI 1 contacted Thompson at 216 776 8025 and he agreed to sell CRI 1 an amount of crack cocaine. CRI 1 was searched and found to be free drugs, money, and any other contraband. CRI 1 was outfitted with a wireless, digital recorder in an attempt to record the drug sale. Detectives followed CRI 1 to the buy location by Detective Stanton while Detective Griffis was able to locate Thompson's vehicle, a blue Chevrolet sedan bearing Ohio registration

JJD7336, parked in a vacant lot to the north of **3326 East 125th Street, Cleveland, Ohio 44120**. From there, detectives maintained surveillance on Thompson's vehicle and observed him exit from the residence at **3326 East 125th Street, Downstairs, Cleveland, Ohio 44120** (the north side door) and drive directly to the buy location without making any stops. CRI 1 entered into Thompson's and provided him with the pre-recorded police buy money. In turn, Thompson sold CRI 1 approximately 1 gram of suspected crack cocaine. From there, CRI 1 departed the buy location and met with Detective Griffis at a pre-determined location where CRI 1 turned over the purchased narcotics to detectives. CRI 1 was searched again and found to be free of drugs, money, or any other contraband. CRI 1 was under constant surveillance during the entire first controlled buy from the call to Thompson until CRI 1 turned over the purchased narcotics to detectives and didn't interact with anyone other than Thompson prior to, or directly after, the controlled buy. Detectives field-tested the purchased narcotics via Sirchie NARK II Cocaine ID wipe. The field-test provided a positive result for the presence of cocaine. The covert audio from the first controlled buy matched what detectives observed on surveillance.

15. Affiant states that upon running this address through the Cuyahoga County Auditor's website, detectives learned the residence, as well as the lot to the north of the residence, is owned by Murray Foster.

16. Affiant states that following the controlled purchase of crack cocaine from Thompson, SEALE Detectives began conducting surveillance on his residence at **4695 Burleigh Avenue, Garfield Heights, Ohio 44125** in the early morning hours and routinely located Thompson registered vehicles: the above-mentioned dark blue Chevrolet sedan bearing Ohio registration JJD7336 and a black GMC truck bearing Ohio registration PLP6216.

### 2nd CONTROLLED BUY WITH DEION THOMPSON

17. Affiant states that in the week of May 1, 2023, SEALE Detectives met with CRI 1 in an attempt to make a second controlled purchase of crack cocaine from Thompson. In the presence of SEALE detectives, CRI 1 contacted him at 216 776 8025 and he agreed to sell CRI 1

6

an amount of crack cocaine at a pre-determined location in Cuyahoga County. CRI 1 was searched and found to be free drugs, money, and any other contraband. CRI 1 was outfitted with a wireless, digital recorder in an attempt to record the drug sale. Detectives followed CRI 1 directly to the buy location by Detective Stanton while Detective Griffis was in the area of the buy location in an attempt to see and/or hear the drug sale. After contacting Thompson to inform him that CRI 1 was at the buy location, Thompson arrived operating his black GMC truck bearing Ohio registration PLP6216. CRI 1 entered into Thompson's vehicle and provided him with the pre-recorded police buy money. In turn, Thompson sold the CRI approximately 3-5 grams of suspected crack cocaine. From there, CRI 1 departed the buy location and met with Detective Stanton at a pre-determined location where CRI 1 turned over the purchased narcotics to detectives. CRI 1 was searched again and found to be free of drugs, money, or any other contraband. CRI 1 was under constant surveillance during the entire first controlled buy from the call to Thompson until CRI 1 turned over the purchased narcotics to detectives and didn't interact with anyone other than Thompson prior to, or directly after, the controlled buy. Detectives field-tested the purchased narcotics via Sirchie NARK II Cocaine ID wipe. The field-test provided a positive result for the presence of cocaine. The covert audio from the first controlled buy matched what detectives observed on surveillance.

      18. Affiant states that based on the above evidence, SEALE Detective Stanton prepared a GPS search warrant for the above-mentioned black GMC truck bearing Ohio registration PLP6216. The warrant and affidavit were reviewed and signed by Cuyahoga County Judge Steven Gall on May 8, 2023.

      19. Affiant states that on May 11, 2023, SEALE Detectives successfully installed the GPS on Thompson's registered GMC truck in the early morning hours at his residence at **4695 Burleigh Road, Garfield Heights, Ohio 44125**.

20. Affiant states that over the next several weeks, detectives observed via the GPS and direct surveillance Thompson making regular trips to the residence at **3326 East 125th Street, Cleveland, Ohio 44120**.

21. Affiant states that on May 31, 2023, SEALE Detectives were conducting surveillance of Thompson and, through direct and electronic surveillance, observed him depart his residence at **4695 Burleigh Road, Garfield Heights, Ohio 44125** and followed him. Thompson was observed arriving at **3326 East 125th Street, Cleveland, Ohio 44120** and parking in the lot to the north of the building. At approximately 1115 hours, a silver sedan bearing Ohio registration Q569282 arrived at the residence with a white male driver, later identified as Ronnie Mooneyham and an unidentified white female passenger. Thompson was observed walking out the rear of the building at **3326 East 125th Street, Cleveland, Ohio 44120** and approaching the passenger side of the vehicle. Thompson conducted a hand-to-hand exchange with the front seat passenger and the vehicle departed the area. Thompson returned inside the residence. Upon researching Mooneyham, detectives learned he was currently wanted for drug possession and had a criminal history for drug possession. Detectives observed Thompson approach another vehicle that arrived at the residence briefly before it departed, but were unable to obtain owner/operator information. Thompson then departed the residence and left the area where he then went to the location of known drug users on Dolloff Road, in Cleveland, Ohio.

### 3rd CONTROLLED BUY WITH DEION THOMPSON

22. Affiant states that in the week of May 29, 2023, SEALE Detectives met with CRI 1 in an attempt to make a third controlled purchase of crack cocaine from Thompson. Detective Griffis was in the area of Thompson's residence at **4695 Burleigh Road, Garfield Heights, Ohio 44125**. Thompson departed the residence and, through direct and electronic surveillance, was followed to the area of Dolloff Road where he was observed meeting with multiple individuals and conducting hand-to-hand transactions in the street in front of 5024 Dolloff Road, Cleveland, Ohio 44127 for approximately 45 minutes. Detectives then followed Thompson to

3815 Strandhill Road, Cleveland, Ohio 44128; Thompson's father's residence. He then drove directly to **3274 East 121st Street, Cleveland, Ohio 44120**. In the presence of SEALE detectives, CRI 1 contacted him at 216 776 8025 and he agreed to sell CRI 1 an amount of crack cocaine at **3274 East 121st Street, Cleveland, Ohio 44120**. CRI 1 was searched and found to be free drugs, money, and any other contraband. CRI 1 was outfitted with a wireless, digital recorder in an attempt to record the drug sale. CRI 1 was followed directly to the buy location by Detective Stanton while Detective Griffis was in the area of the residence at **3274 East 121st Street, Cleveland, Ohio 44120**. Thompson was observed departing in his vehicle, the above-mentioned black GMC truck bearing Ohio registration PLP6216 while leaving behind his father, Victor Thompson. Thompson contacted the CRI again and told the CRI to continue to the buy location. The CRI arrived at the buy location and met with Victor Thompson at the driver's side window of CRI 1's vehicle which was observed by detectives. Victor Thompson informed the CRI he was "Sino's father" and the CRI provided him with the pre-recorded police buy money. In turn, Victor Thompson sold the CRI an amount of crack cocaine. From there, the CRI departed the buy location and met with Detective Stanton at a pre-determined location where the CRI turned over the purchased narcotics to detectives. The CRI was searched again and found to be free of drugs, money, or any other contraband. CRI 1 was under constant surveillance during the entire first controlled buy from the call to Thompson until CRI 1 turned over the purchased narcotics to detectives and didn't interact with anyone other than Thompson prior to, or directly after, the controlled buy. Detectives field-tested the purchased narcotics via Sirchie NARK II Cocaine ID wipe. The field-test provided a positive result for the presence of cocaine. The covert audio from the first controlled buy matched what detectives observed on surveillance.

23. Affiant states that upon running Victor Thompson through LEADS/NCIC, detectives learned that he is currently wanted out of the Portage County Sheriff's Office, in Ohio, for heroin and cocaine possession.

24. Affiant states that upon running the address **3274 East 121st Street, Cleveland, Ohio 44120** through the Cuyahoga County Auditor's website, detectives learned that Andrea Collins, Thompson's child's mother and the woman with whom he resides, came into possession of the residence on May 15, 2023.

25. Affiant states that on June 6, 2023, SEALE Detectives conducted a trash pull of the residence at **3274 East 121st Street, Cleveland, Ohio 44120**. Detectives removed all of the trash from the cans on the tree lawn of the residence and took it to a secure location to examine the contents. Also located in the trash were large amounts of construction debris indicating the house was being renovated.

### TRASH PULLS ON 3274 EAST 121st STREET, CLEVELAND, OHIO 44120

26. Affiant states that upon examining the trash, detectives located items of evidentiary value. These items included four plastic sandwich bag tear offs and mail to Deion Thompson at **4695 Burleigh Road, Garfield Heights, Ohio 44125**. The mail included a credit card in Thompson's name with the company "Eight 6 Ent., Inc.". From detectives training and experience, detectives know the numbers "8" and "6" to be a reference to the Heartless Felons street gang with "H" being the eighth number of the alphabet and "F" being the sixth. From the case in 2014, detectives know Thompson to be a suspected member of the Heartless Felons street gang in the Cleveland area. Thompson's company was registered with the state in 2013.

27. Affiant states that from training and experience the plastic bag tear offs from the first trash pull at the residence **3274 East 121st Street, Cleveland, Ohio 44120** are indicative of individuals packaging drugs for re-sale, and possessing narcotics that were intended for resale. Affiant states that in his training and experience narcotics are taken from larger bags or sources and placed into the smaller sandwich style bags. The smaller bags of narcotics are now packaged for re-sale. Affiant states that through training and experience, it is common for those involved in the sale and possession of narcotics to attempt to wash bags and packaging material prior to

10

being thrown out in an attempt to prevent Law Enforcement from finding evidence obtained from trash pulls.

28. Affiant states that on June 13, 2023, SEALE Detectives conducted a second trash pull of the residence at **3274 East 121st Street, Cleveland, Ohio 44120**. Detectives removed all of the trash from the cans on the tree lawn of the residence and took it to a secure location to examine the contents.

29. Affiant states that upon examining the trash, detectives located items of evidentiary value. These items included a plastic sandwich bag tear off with an unknown powder residue in it and a vacuum-sealed Food Saver-style plastic bag. Again, in the trash were large amounts of construction debris indicating the house was being renovated.

30. Affiant states that detectives field-tested the recovered plastic sandwich bag tear off from the second trash pull and obtained a positive result for the presence of cocaine.

**SURVEILLANCE ON 3326 EAST 125th STREET, CLEVELAND, OHIO 44120**

31. Affiant states that the residence on East 125th Street from where the first controlled buy occurred as well as where surveillance has shown Thompson making other suspected drug sales has the same trash day as the residence on East 121st Street. The cans for the downstairs portion (north door) to the residence have never been out for collection since the beginning of the investigation into Thompson and his drug trafficking operation. The north side door of **3326 East 125th Street, Cleveland, Ohio 44120** is the door from which Thompson and another male, Murray Foster, have been seen conducting suspected drug sales. Foster owns the building and has been seen interacting with Thompson throughout the investigation into Thompson. Thompson has also, on several occasions, been followed to Foster's residence at 16903 Walden Avenue, Cleveland, Ohio 44128. Throughout the investigation into the residence at **3326 East 125th Street, Downstairs, Cleveland, Ohio 44120**, detectives located the vehicles Foster has been observed operating at 16903 Walden Avenue, Cleveland, Ohio 44128 in the early morning hours. Additionally, this address as listed on Foster's driver's license, his registered vehicles, and

his Ohio Concealed Carry Permit. This residence has also never had the trash out for collection throughout the investigation. The upstairs (south) portion of the residence at **3326 East 125th Street, Cleveland, Ohio 44120** appears to be occupied by an elderly male and female. Detectives recovered their trash on June 20, 2023 and recovered mail to them in the upstairs unit with no evidence of drug possession or trafficking.

32. Affiant states that in mid-June, 2023, detectives were informed by a second CRI (CRI 2) about a black male operating a black truck selling narcotics to Heather Keil that operates a silver PT Cruiser. CRI 2 stated Keil has met with the black male at **3274 East 121st Street, Cleveland, Ohio 44120** and purchased suspected methamphetamine and heroin/fentanyl from the male.

33. Affiant states that on June 20, 2023, SEALE Detectives conducted a third trash pull of the residence at **3274 East 121st Street, Cleveland, Ohio 44120**. Detectives checked the trash and were able to retrieve a plastic sandwich bag tear off located on top of large amounts of construction debris in the cans.

### SURVEILLANCE ON THOMPSON AND FOSTER, LATE JUNE 2023

34. Affiant states that on Friday, June 23, 2023, detectives began conducting surveillance on Thompson. At approximately 0930 hours, Thompson was observed departing in the above-mentioned black GMC truck bearing Ohio registration PLP6216. Through direct and electronic surveillance, detectives followed Thompson directly to 4546 West 147th Street, Cleveland, Ohio 44135 where he was observed entering the residence. Detectives ran the address through Accurint and learned of a possible resident, Lamont Arnold, who had prior convictions through Cuyahoga County for drug possession and drug trafficking.

35. Affiant states that Thompson stayed at the residence for approximately 25 minutes and was followed by detectives directly to the intersection of West 54th Street and Clark Avenue where he parked in the street. There, a female known to detectives as Heather Keil, exited the driver's seat of a silver PT Cruiser bearing Ohio registration Q025183. Keil entered in the

passenger seat of Thompson's black GMC truck for approximately 30 seconds. Keil then re-entered her vehicle and departed. Detectives are familiar with Keil as a low-level methamphetamine trafficker and heroin user. Detectives executed a search warrant on a "trap" house used by Keil in October, 2022 in reference to methamphetamine trafficking. There, detectives recovered suspected methamphetamine and heroin/fentanyl.

36. From your Affiant's training and experience, the observed behavior of Keil interaction with Thompson is indicative of an illegal narcotics transaction.

37. Affiant states that based on the above evidence, Detective Stanton prepared a second GPS search warrant for Thompson's black GMC truck bearing Ohio registration PLP6216. On Friday, June 23, 2023 the GPS warrant was reviewed and signed by Cuyahoga County Judge Steven Gall. The warrant was executed the same date.

38. Affiant states that on Monday, June 26, 2023, Detective Stanton began conducting surveillance on the residence at **3326 East 125th Street, Cleveland, Ohio 44120**. Present in the driveway of the residence was one of Murray Foster's registered vehicles, a silver Mercedes sedan bearing Ohio registration JGY4571. At approximately 1149 hours, a red Mitsubishi SUV bearing Ohio registration JYL5085 arrived and parked in the field to the north of the residence. Foster exited the north (downstairs unit) door to the residence and placed an unknown item on the porch. Foster then walked down to the vehicle and stayed off of the porch, while the unidentified black male operator of the Mitsubishi went on to the porch and retrieved what Foster left on the porch after coming out of the residence. Foster then returned inside the residence and the male operator of the red Mitsubishi departed in said vehicle.

39. Affiant states that at approximately 1149 hours, a red Kia sedan bearing Ohio registration GYZ4827 operated by an unidentified black male arrived and parked in the field to the north of the residence. Foster was observed exiting the north door (downstairs unit) and approaching the driver's side of the red Kia and conducting a hand-to-hand exchange. The red Kia sedan then departed and Foster returned inside of the residence.

40. Affiant states that at approximately 1216 hours, an unidentified black male arrived on foot in front of **3326 East 125th Street, Cleveland, Ohio 44120**. Foster was in the field to the north of the residence talking to an unidentified black male sitting in a truck that had arrived at the residence shortly before. Upon the black male arriving on foot, Foster was observed entering into the north (downstairs unit) door to the residence for approximately 1-2 minutes. Foster then exited the door and placed an unknown item on the porch next to the door. Foster left the porch and said something to the male waiting off the porch as Foster continued back into the field to speak to the male sitting in the truck. The male that arrived on foot proceeded onto the porch and retrieved an unknown item from the same area where Foster had placed an item down. The male left on foot then departed the area with a closed left fist.

41. From your Affiant's training and experience, Foster's actions with visitor's arriving to the residence is consistent with narcotics trafficking. By leaving items at locations for customers to retrieve, and not conducting hand-to-hand transactions, Foster is attempting to evade detection as a narcotics trafficker through the use of what is commonly referred to as a "dead drop" or avoiding direct meetings.

42. Affiant states that on Tuesday, June 27, 2023, Detectives were conducting surveillance on the residence at **3326 East 125th Street, Downstairs, Cleveland, Ohio 44120** and Foster's residence at 16903 Walden Avenue, Cleveland, Ohio 44128. At approximately 0948 hours, Detective Griffis observed Foster and an unidentified black female later exited the street side door of the residence and enter into a silver Chevrolet truck bearing Ohio registration PKA2213 and depart. Detective Griffis lost sight of the vehicle as it proceeded westbound, in the direction of 3326 East 125th Street, Downstairs, Cleveland, Ohio 44120. At approximately 1018 hours, Detective Stanton observed Foster and the unidentified black female arrived at **3326 East 125th Street, Downstairs, Cleveland, Ohio 44120**. As Foster was arriving, the same black male operating the red Kia sedan bearing Ohio registration GYZ4827 arrived and parked in the field to the north of the residence. Foster, without entering into the downstairs unit on East 125th Street,

approached the driver's side of the red Kia sedan and conducted a hand-to-hand transaction with the black male operator. The red Kia sedan then departed the area. The female that arrived with Foster exited the passenger side of the Chevrolet truck and used a key to open the door to the north (downstairs unit) of **3326 East 125th Street, Downstairs, Cleveland, Ohio 44120**. Both subjects entered into the residence.

43.  Affiant states that upon running the silver Chevrolet truck bearing Ohio registration PKA2213 through LEADS/NCIC, detectives learned it was registered to EAN Holdings (Enterprise Rent-A-Car). A law enforcement liaison with the company provided detectives with renter information as Murray Foster with date of birth of April 8, 1997, an address of 16903 Walden Avenue, Cleveland, Ohio 44128, and a phone number of 216 214 1194.

44.  Affiant states that approximately 1045 hours, Foster was observed exiting walking to the front passenger side of a yellow box truck near the front wheel parked in the field to the north of the residence. Foster then returned to the residence. Within several minutes, a black Chevrolet SUV with no visible license plate arrived and parked in the field to the north of the residence. After sitting in the vehicle for approximately 30 seconds, Foster was then observed exiting the north door (downstairs unit) and pointing to the passenger side of the yellow box truck in the field to the north of the residence. The passenger of the arriving black Chevrolet SUV exited the vehicle, approached the yellow box truck's passenger side, and then departed the area.

45.  Affiant states that at approximately 1105 hours, Detective Stanton observed a red Chevrolet SUV bearing Ohio registration JCH1713 registered to, and operated by, Robert Watson. Foster was observed exiting the north door (downstairs unit) of **3326 East 125th Street, Downstairs, Cleveland, Ohio 44120** entering into the passenger seat of the vehicle that arrived. Foster remained in the passenger seat for approximately 3-5 minutes and then returned to the residence and the vehicle departed. Upon checking the Cuyahoga County Clerk of Courts website, detectives learned that Watson had a criminal history for drug possession and drug trafficking.

15

46. Affiant states that after Detective Griffis lost sight of Foster's truck, he then proceeded to Thompson's residence at **4695 Burleigh Road, Garfield Heights, Ohio 44125**. At approximately 1110 hours, Thompson was observed departing the residence in his black GMC truck bearing Ohio registration PLP6216. Through direct and electronic surveillance, Detective Griffis followed Thompson to **3326 East 125th Street, Downstairs, Cleveland, Ohio 44120**. Foster and the female he was with were still present inside the residence. Thompson parked his truck in the street and walked into the north door (downstairs unit) empty-handed and without knocking or appearing to announce his presence in anyway. After approximately 30 minutes, Thompson and Foster were observed exiting the residence together and departing in their separate vehicles. Foster was observed locking the security door behind him as they walked outside. As Thompson exited the residence, he was observed holding a black plastic grocery bag and placing it in his truck. Nothing was in his hands as he entered. After Thompson departed, he was observed traveling directly to **3274 East 121st Street, Cleveland, Ohio 44120**.

## 4th CONTROLLED BUY WITH DEION THOMPSON

47. Affiant states that in the week of June 26, 2023, SEALE Detectives met with CRI 1 in an attempt to make a fourth controlled purchase of crack cocaine from Thompson. Detective Griffis was in the area of Thompson's residence at **4695 Burleigh Road, Garfield Heights, Ohio 44125**. Thompson departed the residence and, through direct and electronic surveillance, detectives followed him directly to **3326 East 125th Street, Downstairs, Cleveland, Ohio 44120**. There, Detectives observed Thompson exiting off of the porch of the residence while speaking with Foster. He then drove directly to **3274 East 121st Street, Cleveland, Ohio 44120**. In the presence of SEALE detectives, CRI 1 contacted him at 216 776 8025 and he agreed to sell CRI 1 an amount of crack cocaine at **3274 East 121st Street, Cleveland, Ohio 44120**. CRI 1 was searched and found to be free drugs, money, and any other contraband. CRI 1 was outfitted with a wireless, digital recorder in an attempt to record the drug sale. Detectives followed CRI 1 directly to the buy location by Detective Stanton while Detective Griffis was in the area of the

buy location at **3274 East 121st Street, Cleveland, Ohio 44120**. The CRI arrived at the buy location and entered into the passenger side of Thompson's black GMC truck bearing Ohio registration PLP6216 which was observed by detectives. CRI 1 provided him with the pre-recorded police buy money. In turn, Thompson sold the CRI approximately 3-5 grams of suspected crack cocaine. From there, the CRI departed the buy location and met with Detective Stanton at a pre-determined location where the CRI turned over the purchased narcotics to detectives. CRI 1 was under constant surveillance during the entire first controlled buy from the call to Thompson until CRI 1 turned over the purchased narcotics to detectives and didn't interact with anyone other than Thompson prior to, or directly after, the controlled buy. Detectives field-tested the purchased narcotics via Sirchie NARK II Cocaine ID wipe. The field-test provided a positive result for the presence of cocaine. The covert audio from the first controlled buy matched what detectives observed on surveillance.

## CONCLUSION

48. Based upon the above-listed facts and circumstances, Affiant has probable cause to believe and does believe DEION THOMPSON and MURRAY FOSTER have committed, and continue to commit, violations of state and federal drug laws, in that DEION THOMPSON and MURRAY FOSTER has knowingly and intentionally possessed with intent to distribute and has knowingly and intentionally distributed crack and cocaine, and has knowingly and intentionally conspired and continues to conspire to distribute crack and cocaine, Schedule II narcotics controlled substances, at the locations described in section II above, and other locations within the Northern District of Ohio, Eastern Division, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and 846. Affiant further avers that there is probable cause to believe that evidence of these offenses, including, but not limited to: narcotics, paraphernalia, records, ledgers, and other documents relating to the sale, distribution and conducting of drug trafficking activity and monetary transactions, together with cellular phones, United States currency, and other fruits, instrumentalities and proceeds of such crimes, as further described in

Attachments A and B hereto, is presently being concealed at the target locations and will be found at the locations to be searched.

### REQUEST FOR SEALING

49. Affiant further requests that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigations. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

Shaun Stanton
Task Force Officer
Federal Bureau of Investigation

Sworn to this __30th__ day of June, 2023, via telephone after submission by reliable electronic means.
Fed. R. Crim. P. 4.1 and 41(d)(3).

JONATHAN D. GREENBERG
UNITED STATES MAGISTRATE JUDGE

