IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 1:23CR638 |
| | ) |
| Plaintiff, | ) JUDGE PAMELA A. BARKER |
| | ) |
| v. | ) |
| | ) |
| DEION THOMPSON, | ) INFORMATION RE: PRIOR |
| | ) CONVICTION |
| Defendants. | ) |
| | ) |

Now comes the United States of America, by and through its counsel, Rebecca C. Lutzko, United States Attorney, and Payum Doroodian, Assistant United States Attorney, and pursuant to Title 21, United States Code, Sections 841(b)(1)(A), 841(b)(1)(B), and 851, United States Code, hereby gives notice that if an adjudication of guilt is entered against defendant Deion Thompson in Counts 1-5 of the Indictment returned in the above-captioned case, that the United States will rely upon the previous "serious felony drug" offense conviction of Deion Thompson for the purpose of invoking the increased sentencing provisions of Section 841(b) of Title 21.

The previous "serious felony drug" offense conviction upon which the United States will rely is a conviction under Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), to wit: Possession with Intent to Distribute a Controlled Substance, in Case No. 1:14CR00239, in the United States District Court for the Northern District of Ohio, on or about December 2, 2014, for which Deion Thompson served more than 12 months of imprisonment and for which Deion Thompson was released from serving any term of imprisonment related to that offense within 15

years of the commencement of each of the instant offenses charged in the Indictment in the above-captioned case.

 Consequently, the statutory penalty for Counts 1-4 is a mandatory minimum of 15 years and a possible maximum of life incarceration, a fine up to $20,000,000.00, and a mandatory period of at least 10 years of supervised release, and maximum possible supervised release of life. The statutory penalty for Count 5 is a mandatory minimum of 10 years and a possible maximum of life incarceration, a fine up to $8,000,000.00, and a mandatory period of at least 8 years of supervised release, and maximum possible supervised release of life.

 Respectfully submitted,

 REBECCA C. LUTZKO
 United States Attorney

By: /s/ Payum Doroodian
 Payum Doroodian (DC: 1035376)
 Assistant United States Attorney
 United States Court House
 801 W Superior Ave, Suite 400
 Cleveland, OH 44113
 (216) 622-3739
 (216) 522-2403 (facsimile)
 Payum.Doroodian@usdoj.gov