IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:23CR638 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | |
| | ) | |
| DEION THOMPSON, | ) | |
| | ) | MOTION OF THE UNITED STATES FOR |
| Defendant. | ) | A FINAL ORDER OF FORFEITURE |

NOW COMES the United States of America, by and through the undersigned counsel, and moves this Court for a Final Order of Forfeiture in the above-captioned case.

This motion is supported by the following:

1.      The United States hereby incorporates by reference, as though fully set forth herein, all of its averments contained in the Motion of the United States for a Preliminary Order of Forfeiture filed on July 3, 2025.

2.      On July 7, 2025, this Court initially forfeited the $11,611.00 in U.S. Currency to the United States, subject to the provisions of 21 U.S.C. § 853(n).

3.      Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in initially forfeited properties are entitled to a judicial determination of the validity of the legal claims or interests they assert.

4.      The United States published notification of the Court's Preliminary Order of Forfeiture on www.forfeiture.gov, an official government internet site for thirty (30) consecutive days beginning on July 8, 2025, and ending on August 6, 2025.   Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the subject property.

5.      No claims were made to the initially forfeited property.

WHEREFORE, the United States moves this Court for a Final Order of Forfeiture declaring the $11,611.00 in U.S. Currency forfeited to the United States and directing the United States to dispose of it in accordance with law.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By:     /s/ Henry F. DeBaggis
Henry F. DeBaggis
Reg. No. 0007561
Assistant U.S. Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
Phone: (216) 622-3749
Henry.DeBaggis@usdoj.gov